JS-6

FILED
CLERK, U.S. DISTRICT COURT

12/3/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA CRUZ, individually and on behalf of all others similarly situated,<br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware corporation,<br>　　　　　　　Defendant. | CASE NO.: 2:19-CV-08068-FMO-PLA<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

|  | Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The Clerk is instructed to close the file. |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | **IT IS SO ORDERED.** |

Dated: December 3, 2019     /s/ _____
                           The Honorable Fernando M. Olguin
                           United States District Judge